Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Ocala's__ Division

RECEIVED
NWFRC

FEB 22 2024

INMATE INITIALS __LS__

Case No. __5:24cv-96-CEM-PRL__
(to be filled in by the Clerk's Office)

__Leonardo Simpkins DC# U36009__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__See Attached 8 pgs of claims__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

FILED - USDC - FLMD - OCA
FEB 26 2024 AM 11:54

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Note: Plaintiff sent a §2254 Petition for habeaus corpus 2/19/24 that's pending Claiming the probability of Evidence tampering. Now Plaintiff is awaiting for a 1983 Case # to pay its filing fee. Claiming unreasonable seizure to infringe Plaintiff's property at the crime scene.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Leonardo Simpkins DC# W36009
All other names by which you have been known: Leo, man, Massich, Fat ass, Simpkins
ID Number: DC# W36009
Current Institution: NWFL Reception center main unit
Address: 4455 Sam Mitchell DR/Dr
Chipley, FL 32428
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Officer Wissinger
Job or Title (if known): Ocala's Police Department
Shield Number:
Employer: Law Inforcing officer
Address:
Ocala, FL
City / State / Zip Code
[x] Individual capacity   [x] Official capacity

**Defendant No. 2**
Name: Mr. McCatherlan ( )
Job or Title (if known): Court house / Circuit court
Shield Number:
Employer: State Prosecutor or Judge
Address:
Ocala, FL
City / State / Zip Code
[x] Individual capacity   [x] Official capacity

Page 2 of 11 + 8

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Mr. Edward Scott
Job or Title (if known): 8th Circuit Court of Marion County
Shield Number:
Employer: Judge
Address: Ocala, FL 34475
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

**Defendant No. 4**
Name: Mr. Micheal Johnson (Deceased)
Job or Title (if known): State Appointed Attorney / FL BAR
Shield Number:
Employer: Lawyer
Address: Ocala, FL 34475
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my 4th, 5th, 6th, 8th and 14th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Misues of Process and wrongful Judicial Process of unreasonable seized Property to infringen" Intentional Misconduct and Gross negligence of unreasonable Seizure to infringen Plaintiff Property at crime scene

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* wrongful conviction or unlawful conviction

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See attached 8 PJS claiming unreasonable seized Property to infringen Plaintiff at crime scene

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached 8 PJS claiming unreasonably seized Property to infringen Plaintiff at crime scene

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 27, 2007 See Attached 8 pgs of unreasonable Seizure to infrinzen Plaintiff at crime Scene

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached 9 pgs, claiming unreasonable Seizure to infrinzen Plaintiff's Property at crime scene. ~~that~~ Creat compensatory damages of a 20 yrs wrongful conviction or unlawful conviction

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Liberty Lost of 17 yrs, Scares, emotional distress Lost of Family members, Money benifits and Profits, Property, from business name Home boyZ Bar-B-Q Verbal abuse. Attempted murder on Plaintiff, torture, pain & suffering, feelings of hurts Peers, and money Plaintiff Spent since he been incarcerated.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. 1st Request. Plaintiff request immediate/emergency release. From From Pending § 2254 Petition habeas corpus claim filed 2/19/24 pending and a "Full Pardon". and request. A Appointed effective Counsel for Plaintiff's Disability. Speedy trial and $180 million compensate 3rd request. The max/CUP amount of money each defendant can pay by Law including the tort amou of $180 million compensatory damages.
4th request. All Full names of each defendant, and current locations for mailing.
5th Plaintiff request all trial transcripts, Document about Plaintiff's shoe and officer wissinger Ais Request motion for mitigation and motify Plaintiff's Sentences
6. Plaintiff request resont civil motion for restitution wen of $365,000 Filed Apix 2022 oct/Nov and oppertunity for a puntive damage claim and a Amend.
7. Plaintiff request a estimation of $180 million of compensatory damages and emergency release Full Pardon from pending § 2254 petition filed 2/19/24

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☒ Do not know

If yes, which claim(s)?

Unreasonable Seizure to Infringen Property Show wrongful or unlawful conviction

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No  resently 2/19/24 Plaintiff Filed a § Petition 2254 For habeaus Corpus

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

§ 2254 Petition For habeaus corpus, one united State District court middle District District of ocala, other to the 11th Circuit court of GA

2. What did you claim in your grievance?

Plaintiff claimed in § 2254 Petition about the Probability of evidence tampering as ineffective assistant of trial counsel was Suppose to suppres evidence/denial approve That was denied as speculation by trial court.

3. What was the result, if any?

Petition § 2254 is still Pending From filing date 2/19/24

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Plaintiff file this Parallel 1983 Complaint for immediate release

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Cause Plaintiff filed §2254 petition for habeaus corpus relief

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Plaintiff sent 2 §2254 petitions one to united state District Court middle District court, Ocalas Division and other to the 11th circuit court of GA.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The emotionally/mentally disabled believes he should of put his claim in §2254 petition

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

the united state district court of FL, Middle district, Ocalas Division sent to Tampa FL

Page 8 of 11

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

Plaintiff filed a habeaus corpus § 2254 petition chanellaging or contending with his conviction being wrongful/unlawful base onc unfair trial with probability of evidence tampering

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court (if federal court, name the district; if state court, name the county and State)
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___Leonardo Simpkins___
   Defendant(s) ___Dont have documents___

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___Filed to the middle District of Jacksonville___

3. Docket or index number
   ___N/A Dont have___

4. Name of Judge assigned to your case
   ___Dont have___

5. Approximate date of filing lawsuit
   ___2014, 2016, 2017 about 8th Amendment___

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition ___2017___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___Dismissed without prejudice___

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/22/24

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Leonardo Simpkins
Prison Identification #: J36009
Prison Address: Northwest FL Reception Center main unit
Chipley, FL 32428
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

## CLAIM ONE

1983 Law suit of Ocala's Police department misuse of process of a robbery investigation as trial transripts/testimony demonstrates a police officer unreasonably seized plaintiff's property to infringe on the emotionally disabled. First time offender plaintiff at the crime scene for a wrongful or unlawful conviction/ 20 YR sentence.

## STATEMENT OF FACTS

Of July 27, 2007 of the morning hours of Marion County's of Ocala FL Boulevard. After arguing within a girl friend's car about another girlfriend, I plaintiff Mr. Leonardo Simpkins Jr. was left out on a street off the boulevard, without cell phone, with two black T-shirts and a pair of size 11 ½ Nike Air Jordan Shoes/(black shoes) to walk to my dad's passed down inherited house or my soon/ would have been pass down co-owned named Homeboyz Bar-B-Q business from my father's owned restaurant. Of the 5 to 8 mile walk, I walked towards the nearest gas station to use a pay phone from a $20 bill in my pocket, to call my dad for work but of the walk I was approached by a familiar black tinted window baby blue Buick with greetings from a familiar customer nick name Laranzo who's brown skin, 5'7 to 5'9. Stepping out of the baby blue buick with his hand and arms open for a hand shake and hug. While wearing a pair of black neted gloves and black clothing/all black, requesting my extra black T-shirt after questioning me for a ride to Home Boyz Bar-B-Q but of the conversation / greetings I felt the black neted gloves that brung/gave me suspicion, to question Laranzo, who answered that he was going to rob the Pizza Hut but off/on the boulevard that morning "of declining a ride shortly afterward I heard police sirens and a helicopter that made me feel guilty from association.

---

1  Plaintiff did not come forth with his side of the story, because of State appointed conflict attorney misrepresentation.

So I threw my extra black t-shirt off my person, somewhere and hid/hide in some high weeds/grass <u>between trees and 2</u> abandoned houses face down.

Until I was approached by a K-9 unit who ordered me to put my hands behind My back, but as I said "it wasn't me" referring to the robbery, being agitated and nervous as a emotionally disabled person since youth, the K-9 officer ordered the K-9 to bite me on my back. Before forcing me into hand cuffs and placing me into a police vehicle with Arealis McFadden one of the familiar customer's/suspects I saw with Laranzo before. Thereafter the police officer drove the police vehicle to the Pizza Hut robbery crime scene. As it seems now to be confronted by officer Wissinger who aggressively stated," let me get them shoes" but as I declined within hand cuffs behind my back shaking my head no, and moving my shoes away. Officer Wissinger's trial testimony demonstrates his action of unreasonably seizing my property to infringe me at the crime scene.

Testifying:that he saw (multiple) shoe prints on the floor of the Pizza Hut crime scene and went to the police vehicle plaintiff was in and (without a warrant) took one of plaintiff's black Nike Air Jordan's shoes and went back to the crime scene and placed it down and picked it up. Then thereafter directed the forensics to take pictures and collect evidence see (Exhibit A officer Wissinger's trial testimony pg.   ).

Of Officer Wissinger demonstrated intentional misconduct of unreasonable seizure to infringe plaintiff's property at the crime scene. His trial testimony shows unambiguous clear and consistent statement of constitution and statutory violation from placing placing plaintiff's shoe print down at the crime scene of plaintiff's black Nike Air Jordan.

In addition to officer Wissinger placing the shoe down, plaintiff's shoe had a distinctive mark on the bottom of the shoe. See(               ). At the time officer Wissinger imprinted plaintiff's shoe at

2

the crime scene, as suspects was reported running or fleeing on foot see (                    ) it should have been multiple marks.

Moreover of officer Wissinger unreasonably seizing plaintiff's one shoe. He testified that he did not know who he gave plaintiff's shoe to carelessly breaking the chain of custody, to later unreasonably seize both plaintiff's black Nike Air Jordan shoes at the Ocala's police interrogation building. While plaintiff was sitting in an interrogation chair, cuffed with hands behind his back and shoes off his feet beside his feet. See (                    ).

## CONCLUSION

Wherefore plaintiff's 4th, 5th, 6th, 8th, and 14th Constitution Amendment right are violated as the emotionally/mentally disabled first time offender former FL Gator football player's brother plaintiff now comes forth with his side of the story after being misrepresented by a state appointed conflict attorney who did not want plaintiff to testify knowing plaintiff's profile and that plaintiff's testimony of the DNA showed plaintiff's contact with the material evidence away from the crime scene see(claim one) that officer Wissinger infringed with the plaintiff's unreasonably seized black Nike Air Jordan shoe. For the state prosecutor to manufacture/assist for a wrongful or unlawful conviction that plaintiff had law clerks and himself trying to litigate for justification. Plaintiff requests an emergency release/ full pardon a court appointed attorney. Price on all trial transcripts, an estimation of $180 million of compensatory damages from a tort and including the official officer Wissinger's full name and cap amount. Also a claim for punitive damages.

## CLAIM TWO

1983 Law suit of Ocala's 5th Circuit court wrongful Judicial processing robbery case information, where a state prosecutor gross neglected plaintiff's unreasonably seized

3

infringed property to manufacture for a wrongful conviction/ or unlawful conviction/20 yr. sentence.[2]

## STATEMENT OF FACTS

Of Ocala's 5th circuit court state prosecutor Mr. McCatherian who viewed all information containing to plaintiff unreasonably seized infringed shoe that officer Wissinger placed down at the crime scene of the Pizza Hut robbery dated 7/27/07. See ( Claim one ) The state prosecutor's gross neglected the clear unambiguous statements that violated plaintiff's constitutional and statutory rights. Within officer Wissinger's police report, depositions, evidentiary hearings and pre-trial. To later at trial design or manufacture plaintiff's unreasonably seized and infringed one black Nike Air Jordan shoe to persuade the confused jury, that the shoe was plaintiff's as the 12 yr. Corporal officer Wissinger also broke the chain of custody for plaintiff's shoe. The statement received an objection by plaintiff's ineffective of trial counsel. That brought up a long discussion between the state prosecutor, the state appointed attorney and the judge. In which the state prosecutor Mr. McCatherian still was allowed to demonstrate manufacture error with authenticating that plaintiff had the shoe on. With pictures plaintiff's black Nike Air Jordan shoe/print, that has a distinctive mark with another picture with plaintiff in a interrogation chair with handcuffs of his his back, bare footed with black Nike Air Jordan aside plaintiff's feet. As the state prosecutor stated those got to be plaintiff's shoes and those are to persuade the jury for a wrongful conviction. See ( ).

Furthermore of the state prosecutor gross negligence of plaintiff's obvious constitutional rights and statutory rights being violated by officer Wissinger, unreasonably seizing plaintiff's property/shoe to infringe Plaintiff at the crime scene, testifying, "he placed it down." State Mr. McCatherian, expressed why he assisted officer Wissinger intentional misconduct with manufacturing the error by

---

2   Police officers caught two brothers together within the baby blue Buick Arealis McFadden who worked at the Pizza Hut and Christopher McCollum who did deposition in Plaintiff's favor wanting to testify.

4

stating at the sentencing proceedings, "I thought we couldn't do it without plaintiff's co-defendant Arealis McCfadden." See (                          ) Who told plaintiff as a cell mate in the Ocala's county jail, that "they told me to blame it on you cause you had your shirt off your person," and you refused to give them your shoe."

## CONCLUSION

Wherefore Plaintiff's 4th, 5th, 6th, 8th and 14th constitutional amendment rights are violated as the emotionally/mentally disabled, first time offender former FL Gator football player's brother plaintiff now comes forth with his side of the story after being misrepresented by a state appointed conflict attorney who did not want plaintiff to testify knowing plaintiff's profile, and that plaintiff's testimony of the DNA showed plaintiff's contact with the material evidence away from the crime scene (claim one). That officer Wissinger infringed with plaintiff's unreasonably seized black Nike Air Jordan one shoe. For the state prosecutor Mr. McCatherian to manufacture/assist for a wrongful or unlawful conviction. That plaintiff had law clerks and himself to try to litigate for justification. Plaintiff requests an emergency release/full pardon, a court appointed attorney, price on all trial transcripts, an estimation of $180 million of compensatory damages from a tort and including the official/state prosecutor's cap amount.[3]

## CLAIM THREE

1983 Law Suit of Ocala's 5th circuit court's wrongful judicial processing of robbery case information where trial judge gross negligence of plaintiff's unreasonable seized infringed property, and abuse of discretion wrongfully convicted or unlawfully convict plaintiff to a cruel unusual 20 yr. Sentence.

---

3  As Arealis McFadden wrote a probable cause affidavit against plaintiff, after officer Wissinger unreasonably seized plaintiff's property, Arealis McFadden did not do deposition or testify against plaintiff.

## STATEMENT OF FACTS

Of Ocala's 5th Circuit courts of FL Judge Edward Scott gross negligence of plaintiff's unreasonably seized infringed property, that was placed down at the crime scene by officer Wissinger see (claim one). Judge Scott after viewing officer Wissinger's police report, deposition, at evidentiary hearing and pre-trial hearings, told the trial court at trial. If the state prosecutor "could not prove the chain of custody of plaintiff's one black Nike Air Jordan shoe, he will have to dismiss plaintiff's case." See (

But then later after the trial court's discussion Judge Scott proceeded to allow the state prosecutor to manufacture/design error of plaintiff's unreasonably seized infringed one black Nike Air Jordan shoe to abuse his discretion at the sentencing proceedings stating "plaintiff hurt a lot of people including himself" without record showing any evidence of the injuries see (         ) for plaintiff's wrongful or unlawful conviction of the 20 yr sentence.

## CONCLUSION

Wherefore plaintiff's 4th, 5th, 6th, 8th and 14th constitutional amendment rights are violated as the emotionally/mentally disabled first time offender, former FL Gator's football player's brother. Plaintiff now comes forth with his side of the story after being misrepresented by a state appointed conflict attorney who did not want plaintiff to testify knowing of profile, and that plaintiff's testimony of the DNA showed plaintiff's contact with the material evidence away from the crime scene (claim one) that officer Wissinger infringed with plaintiff's unreasonably seized black Nike Air Jordan one shoe. For the state prosecutor to manufacture/assist for plaintiff's wrongful or unlawful conviction that plaintiff had law clerks and himself try to litigate for justification. Plaintiff requested an emergency release/ full pardon, a court appointed attorney, price(s) on all transcripts, an estimation of $ 180 million of compensatory damages from a tort and including the official/judge cap amount. Also a

claim for punitive damages.

## CLAIM FOUR

1983 Law suit of Ocala's 5th Circuit court wrongful judicial process of robbery case information where state appointed conflict attorney misrepresentation of plaintiff's unreasonably seized infringed property got the emotionally/mentally disabled first time offender plaintiff wrongfully or unlawfully convicted to a cruel and unusual 20 year sentence.

## STATEMENT OF FACTS

Of Ocala's 5th Circuit court of FL. State appointed conflict attorney Mr. Michael Johnson, misrepresentation of gross neglecting plaintiff's unreasonably seized, infringed property that "was placed down at the Pizza Hut robberies' crime scene" July 27, 2007 by officer Wissinger. See (claim one) who also gave the statements within Police report, deposition, that attorney Johnson reviewed before trial at evidentiary hearings and pretrial. The state appointed conflict of attorney Mr. Michael Johnson told plaintiff, of a consultation that he was going to suppress plaintiff unreasonably obtain, infringed shoe as it was the only evidence that placed plaintiff at the crime scene. Instead attorney Johnson allowed the evidence to be used at trial to object to the broken chain of custody for plaintiff's wrongful or unlawful conviction of plaintiff's 20 yr. Sentence. See (claim one, two, and three). That the misrepresentation attorney filed a mitigation and modifying sentence motion on plaintiff's illegal 20 yr. Sentence revealing at hearing that he knew plaintiff had a mental disability that warrants mitigation and modification by law. But did not present the required law of the motion's hearing. See ( ). Emotional distressing plaintiff and his former Gator Family who spoke for mitigation factors.

7

## CONCLUSION

Wherefore plaintiff's 4th, 5th, 6th, 8th, and 14th, constitutional amendment rights are violated as the emotionally/mentally disabled, first time offender former FL Gator Football player's brother. Plaintiff now comes forth with his side of the story after being misrepresented by a state appointed conflict attorney who did not want plaintiff to testify knowing plaintiff's profile, and that plaintiff's testimony of the DNA showed plaintiff's contact with the material evidence away from the crime scene see(claim one) that officer Wissinger infringed with plaintiff's unreasonably seized black Nike Air Jordan one shoe. For the state prosecutor to manufacture/assist for a wrongful or unlawful conviction. That plaintiff had law clerks and himself try to litigate for justification. Plaintiff requests an emergency release/full pardon, a court appointed attorney, price on all trial transcripts, an estimation of $180 million on compensatory damages from a tort and including the state appointed conflict attorney's cap amount. Also a claim for punitive damages.